UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

*Marble, et al. v. Snyder, et al.*
Case No. 17-12942

and

*Brown v. Snyder, et al.*
Case No.18-10726

_____/

## ORDER REGARDING BRIEFING SCHEDULE

At the status conference held on August 7, 2019, the Court set deadlines for the plaintiffs in *Marble v. Snyder*, 17-cv-12942, and *Brown v. Snyder*, 18-cv-10726 to file an amended short-form complaint and for defendants to answer, file a motion to dismiss, or some other responsive pleading.

The *Marble* and *Brown* plaintiffs shall file an amended short-form complaint by **Monday September 9, 2019**. The *Marble* and *Brown* plaintiffs' short-form complaint will be based off the master long- and

short-form complaints in *Walters v. Flint*, 17-cv-10164, and *Sirls v. Michigan*, 17-cv-10342. Any additional facts and allegations unique to *Marble* and *Brown* must be filed as part of the short-form complaint or as an exhibit. If plaintiffs refer to previous complaints by incorporation, such references will be stricken.

Defendants shall answer or otherwise respond by **Friday October 4, 2019**. To the extent that defendants file a motion to dismiss, they should limit their briefing to any claims or arguments not fully addressed by the Court in *Walters* and *Sirls*. The timing and format of responses and replies will be in accordance with Local Rule 7.1.

IT IS SO ORDERED.

Dated: September 10, 2019       s/Judith E. Levy
    Ann Arbor, Michigan      JUDITH E. LEVY
                                       United States District Judge