UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

LASHEMA MARBLE, individually and
as Personal Representative for the Estate
of Bertie Marble, deceased, and
ROY MARBLE SR., JERON MARBLE,
THERESA MARBLE,                                    JUDGE JUDITH LEVY

              Plaintiffs,                    Docket 5:17-cv-12942

*vs.*

GOVERNOR RICK SNYDER, in his individual
capacity only, CITY OF FLINT; RECEIVERSHIP
TRANSITION ADVISORY BOARD, DANIEL WYANT,
NICK LYON, EDEN WELLS, ANDY DILLON, LIANE
SHEKTER-SMITH, ADAM ROSENTHAL, STEPHEN
BUSCH, PATRICK COOK, MICHAEL PRYSBY, BRADLEY
WURFEL all in their individual capacities; JEFF WRIGHT,
EDWARD KURTZ, DARNELL EARLEY, GERALD AMBROSE,
DAYNE WALLING, HOWARD CROFT, MICHAEL GLASGOW,
and DAUGHERTY JOHNSON, in their individual capacities,
and McLAREN REGIONAL MEDICAL CENTER,
LOCKWOOD, ANDREWS & NEWNAM, P.C., LOCKWOOD, ANDREWS &
NEWNAM, INC., LEO A. DALY COMPANY, VEOLIA NORTH AMERICA, LLC,
VEOLIA NORTH AMERICA, INC., VEOLIA WATER NORTH AMERICA
OPERATING SERVICES, LLC , jointly and severally,

_____/

**STIPULATION FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADINGS**

    NOW COME Plaintiffs and Defendants Lockwood, Andrews & Newnam,

Inc., Lockwood, Andrews & Newnam, P.C. and Leo A. Daly Co., and hereby

stipulate and agree to further extend the deadline for these Defendants to

plead, answer or otherwise move until Friday, October 11, 2019.  Defendant Leo A. Daly Co. has made only a limited appearance and retains the right to file a motion to dismiss, including for lack of personal jurisdiction.

Pursuant to ECF Rule 11(c), Plaintiffs and the above Defendants request that a text-only order be entered granting this stipulation.

STIPULATED AND AGREED TO:

| /s/ William H. Goodman | /s/ Philip A. Erickson |
|---|---|
| William H. Goodman (P14173) | Philip A. Erickson (P37081) |
| Julie H. Hurwitz (P34720)      Pitt McGehee Palmer & Rivers, P.C. | Robert G. Kamenec (P35283) |
| | Saulius K. Mikalonis (P39486) |
| Kathryn Bruner James (P71374)117 W. Fourth Street | PLUNKETT COONEY |
| Goodman Hurwitz & James, P.C. | 325 E. Grand River Ave, Suite 250 |
| Royal Oak, MI 48067 | East Lansing, MI 48823 |
| 1394 E. Jefferson  (248) 398-9800 | (517) 324-5608 |
| Detroit, MI 48207 | perickson@plunkettcooney.com |
| (313) 567-7160 | rkamenec@plunkettcooney.com |
| wgoodman@goodmanhurwitz.com | smikalonis@plunkettcooney.com |
| jhurwitz@goodmanhurwitz.com | |
| kjames@goodmanhurwitz.com | |
| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS LOCKWOOD, ANDREWS & NEWNAM, INC., LOCKWOOD, ANDREWS & NEWNAM, P.C. and LEO A. DALY COMPANY |

Dated:  October 2, 2019

Open.25633.72875.22890272-1